Form 8

FORM 8. Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Gilead Sciences, Inc. v. Sigmapharm Laboratories, L.L.C.

No. 14-1456

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for: Gilead Sciences, Inc.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[ ] Appellant　[✓] Appellee　　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Timothy J. Kelly |
| Law firm: | FITZPATRICK, CELLA, HARPER & SCINTO |
| Address: | 1290 Avenue of the Americas |
| City, State and ZIP: | New York, NY 10104 |
| Telephone: | (212) 218-2100 |
| Fax #: | (212) 218-2200 |
| E-mail address: | tkelly@fchs.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 14, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes　　[ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

MAY 19, 2014
Date

Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I certify that I filed this Notice of Appearance with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served copy on counsel of record, listed below, this 19th day of May, 2014, by the CM/ECF system and email.

John E. Rosenquist
**LEYDIG, VOIT & MAYER**
Two Prudential Plaza
180 N. Stetson Ave., Ste. 4900
Chicago, IL 60601-6731
Telephone: 312-616-5680
Fax: 312-616-5700
Email: jrosenquist@leydig.com

*Attorney for Sigmapharm Laboratories, LLC*

Robert L. Stolebarger
Kenneth L. Marshall
**BRYAN CAVE LLP**
560 Mission Street, Suite 2500
San Francisco, CA 94105
Telephone: 415-675-3400
Fax: 415-675-3434
Email: klmarshall@bryancave.com
Email: robert.stolebarger@bryancave.com

Ameer Gado
Anthony Re Friedman
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600, One Metropolitan Square
St. Louis, Missouri 63102
Telephone: 314-259-2000
Fax: 314-259-2020
Email: aagado@bryancave.com
Email: Anthony.friedman@bryancave.com

*Attorneys for Sigmapharm Laboratories, LLC*

Timothy J. Kelly_____
Name of Counsel

/s/ Timothy J. Kelly_____
Signature of Counsel

| | |
|---|---|
| Law Firm: | **FITZPATRICK, CELLA, HARPER & SCINTO** |
| Address: | 1290 Avenue of the Americas |
| City, State, Zip: | New York, NY 10104 |
| Telephone Number: | 212-218-2100 |
| Fax Number: | 212-218-2200 |
| E-mail: Address: | Tkelly@fchs.com |